**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7612**

_____

BRYCE M. TULLER,

Plaintiff - Appellant,

versus

D. BRAXTON; J. ARMENTROUT; R. FOWLER; L.
HUFFMAN; R. ANGELONE,

Defendants - Appellees,

and

UNNAMED DEFENDANTS,

Defendant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge. (CA-02-1297-7)

_____

Submitted:  April 20, 2005          Decided:  April 28, 2005

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryce M. Tuller, Appellant Pro Se.  Richard Carson Vorhis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bryce M. Tuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Tuller v. Braxton, No. CA-02-1297-7 (W.D. Va. filed Sept. 17, 2004; entered Sept. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED